IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN MICHELLE WINGO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-582 |
| | : | |
| EDUCATIONAL DATA SYSTEMS, INC. | : | |
| | : | |

## ORDER

AND NOW, this 19th day of August, 2025, upon consideration of Defendant Educational Data Systems, Inc.'s (EDSI) Motion for Summary Judgment, pro se Plaintiff Robyn Michelle Wingo's response in opposition, and EDSI's reply, and for the reasons stated in the accompanying memorandum, it is **ORDERED** the Motion (ECF No. 26) is **GRANTED**. Judgement is entered in favor of EDSI and against Wingo on all claims.

The Clerk of Court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.